# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge


RECEIVED
DEC 16, 2019
JUDGE KEENAN'S CHAMBERS

December 16, 2019

**BY ECF**

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-17-19

Re:   **United States v. Jabari Kennedy,**
      **18 Cr. 529 (JFK)**

Dear Judge Keenan:

I write with the consent of the government to request an adjournment of Mr. Kennedy's sentencing, currently scheduled for January 22, 2019. An adjournment is necessary to allow for a psychosexual evaluation report to be completed and incorporated into the PSR. In consultation with the Probation Department and the government, I therefore request that sentencing be adjourned to a time during March 2–5, 2020.

*Sentence is set for March 11, 2020 at 11 AM.*
*So ordered. John F. Keenan*
*December 17, U.S. DJ.*
*2019*

Respectfully submitted,

/s/
Clay H. Kaminsky, Esq.
Assistant Federal Defender
(212) 417-8749

cc:   Counsel of record