UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
      U.S.A.

      -V-

      Jabari Kennedy

------------------------------X

#18 CR 529 (JFK)

The sentence in this case is adjourned from March 11, 2020 to **March 25, 2020** **at 11:00 a.m.** in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

12-19-19

*John F. Keenan*
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-19-19