UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                              #18 Cr 529 (JFK)

        Kennedy

------------------------------X

The sentence in this case is adjourned from September 9, 2020 to Wednesday, September 23, 2020 at 11:00 a.m. in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

8-24-20

JOHN F. KEENAN
United States District Judge