UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
        U.S.A.

        -V-

    Jabari Kennedy

---------------------------------X

#18 CR 529 (JFK)

The Court grants the defense request for an adjournment.

The sentence in this case is adjourned from September 23, 2020 to **October 27, 2020** at **11:15 a.m.** in Courtroom 20-C

SO ORDERED.

Dated: New York, New York

9-16-20

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-16-20